CHARLES NORBURY, Respondent, v. CITY OF BUFFALO, Appellant.— Judgment

and order affirmed, with costs. All concur, except Hubbs, P. J., and Crouch, J., who dissent and vote for reversal on the facts on the authority of *Kuhn* v. *Village of East Syracuse* (209 App. Div. 186). Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.